REXFORD BRABSON (CA SBN 299802)
rex@t-rexlaw.com
DAVID STEWART (CA SBN 353448)
David@t-rexlaw.com
T-REX LAW, P.C.
7040 Avenida Encinas #104-333
Carlsbad, CA 92011
Telephone: (858) 220-2325

Attorneys for Plaintiff
Powerevolution

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Powerevolution, a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Green Convergence, a California Corporation, and Green Convergence Energy LLC, a California Limited Liability Company, <br><br> Defendants. | Case No. <br><br> **COMPLAINT FOR** <br> 1. TRADEMARK INFRINGEMENT UNDER SECTION 32 OF THE LANHAM ACT (15 U.S.C. § 1051 ET SEQ.) <br> 2. UNFAIR COMPETITION UNDER SECTION 43(a) OF THE LANHAM ACT (15 U.S.C. §1125(a)) <br> 3. CALIFORNIA UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT (CAL. BUS. & PROF. CODE § 17200 ET SEQ.) <br><br> **ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff Powerevolution, Inc. hereby files its Complaint against Green Convergence and Green Convergence Energy LLC.

1. Plaintiff, Powerevolution (hereinafter "Plaintiff"), a California corporation, brings this Complaint against Green Convergence, a California corporation, and Green Convergence Energy LLC, a California limited liability company, (hereinafter "Defendants") for trademark infringement and unfair competition under federal and state law. Plaintiff further seeks an injunction preventing Defendants from using the trademark  and any name/trademark that is confusingly similar to Plaintiff's Trademark appearing below.



## NATURE OF THE ACTION

2. This is a civil action for (i) direct trademark infringement of Plaintiff's federally-registered trademark in violation of the Federal Trademark (Lanham) Act, 15 U.S.C. §§ 1051 *et seq.*; (ii) unfair competition in violation of Section 43(a) of the Trademark Act of 1946, as amended (15 U.S.C. § 1125(a)); and (iii) related state and common law claims, arising from Defendants' unauthorized use of Plaintiff's registered trademark in connection with similar services.

## PARTIES

3. Plaintiff is a corporation organized and existing under the laws of California.

4.      Upon information and belief, Defendant Green Convergence is a corporation organized under the laws of California and licensed to do business within California, with a principal address of 28476 Westinghouse Pl, Valencia, CA.

5.      Upon information and belief, Defendant Green Convergence Energy LLC is a limited liability company organized under the laws of California and licensed to do business within California, with a principal address of 28476 Westinghouse Pl, Valencia, CA.

6.      Upon information and belief, the actions of Defendant Green Convergence and Defendant Green Convergence Energy LLC, independently or in concert with each other, are attributable to either entity or both.

## JURISDICTION AND VENUE

7.      This action arises under federal trademark laws, 15 U.S.C. §§ 1051 *et seq*., and thus, this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over related state law claims pursuant to 28 U.S.C. § 1367(a) because these claims form part of the same case or controversy.

8.      This Court may exercise personal jurisdiction over the Defendants based upon their activities, including their transaction of business, within the Central District of California. Specifically, Defendants sell and offer their services via their website and social media, which is available to and accessible by residents in this District.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b)(2), in that Defendants sell, offer, and transact their business in this judicial district, and at a minimum, operate Defendants' business in Valencia, California.

## FACTS

10.     Plaintiff is a solar energy brand with the purpose of providing clean and affordable solar energy for its customers.

11.     Plaintiff has provided consulting services and promotional services in relation to solar systems and solar panels since at least as early as 2021 using the trademark pictured below.



"E Trademark"

12.  Plaintiff works with consumers to advise them on solar panel ownership and solar systems to arrange for their energy production needs.

13.     Plaintiff filed a U.S. trademark application for its E Trademark on August 21, 2020, which application matured into a U.S. trademark registration on January 11, 2022. A copy of that U.S. trademark registration is attached hereto as **Exhibit A**, and was assigned U.S. Reg. No. 6616428 ("Plaintiff's Registration"). Plaintiff's Registration is registered for the services of "Promoting the goods and services of others, namely, promoting solar systems and solar panels, not intended to be used in association with cars or vehicles; Online retail store services featuring the goods and services of others, namely, solar systems and solar panels, not intended to be used in association with cars or vehicles; and providing related promotional consultation regarding all of the foregoing" in International Class 035.

14.     Plaintiff filed a U.S. trademark application for the trademark E POWEREVOLUTION GREEN ENERGY SYSTEMS +design on August 21, 2020, which application matured into a U.S. trademark registration on January 11, 2022. A copy of that U.S. trademark registration is attached hereto as **Exhibit B**, and was assigned U.S. Reg. No. 6616429.

15.    Plaintiff filed a U.S. trademark application for the trademark POWEREVOLUTION GREEN ENERGY SYSTEMS +design on August 21, 2020, which application matured into a U.S. trademark registration on January 11, 2022. A copy of that U.S. trademark registration is attached hereto as **Exhibit C**, and was assigned U.S. Reg. No. 6616430.

16.    On information and belief, on or about September of 2023, Defendants began using the symbol on its website greenconvergence.com in association with its services of solar installation and consultation. Below are examples of this use:





17. On February 12, 2024, Plaintiff sent the Defendant Green Convergence a message informing Defendant that its use of its **G** mark in connection with solar panel installation services was confusingly similar to Plaintiff's use of its "E" logo.

18. On April 23, 2024, Defendant Green Convergence sent Plaintiff a letter in response to Plaintiff's February 12, 2024, which letter, among other statements, confirmed that it had received Plaintiff's message.

19. On May 8, 2024, Plaintiff responded to Defendant's April 23 letter, and Plaintiff demanded that Defendant immediately cease and desist all further use of the infringing mark.

20. Since Plaintiff's date of first use, Plaintiff has vigorously protected and enforced its E trademark. Plaintiff has spent time, money, and energy in protecting and enforcing its E trademark and, in doing so, has built extremely valuable goodwill and notoriety in and to its trademark.

21. Pursuant to Section 7(b) of the Lanham Act, 15 U.S.C. § 1057(b), Plaintiff's Registration is *prima facie* evidence of the validity of Plaintiff's Mark.

22. Pursuant to Section 7(b) of the Lanham Act, 15 U.S.C. § 1057(c), Plaintiff's Application constitutes constructive use of the mark, establishing priority of Plaintiff's Mark.

23. Plaintiff has used its E Mark for its registered services since at least as early as February 7, 2021.

24. Plaintiff's Use of Plaintiff's Mark therefore predates and is prior to any use of the trademark **G** by Defendant.

25. Defendants' conduct constitutes trademark infringement under state and federal laws because consumers are likely to be deceived and confused as

to the source of Defendants' services, believing those services originate from Plaintiff when indeed they do not.

26.    Specifically, Defendants' ⟲ Mark is nearly identical to Plaintiff's E Mark.

27.    Moreover, Defendant's services are similar and related to Plaintiff's services – consultation relating to solar installations. Furthermore, Defendants' channels of trade are identical – online websites.

28.    As a result of Defendant's unlawful infringing activities, Plaintiff has suffered irreparable harm, and, unless this Court enjoins Defendant, will continue to suffer irreparable harm for which there is no adequate remedy at law.

## CAUSES OF ACTION
### COUNT I
**Trademark Infringement under 15 U.S.C. §§ 1051 *et seq.* – E Trademark**

29.    Defendants have used and continues to use the trademark ⟲ in connection with advertisement, promotion, and/or sale of infringing and similar and related services without authorization or license to do so.

30.    Defendants' actions constitute willful infringement of Plaintiff's Mark in violation of 15 U.S.C. §§ 1114(1)(a)-(b), 1116(d), and 1117(b)-(c).

31.    Defendants' use of the ⟲ trademark is likely to cause, confusion, mistake, and deception among the general public as to the origin of Defendants' services, and is likely to deceive consumers, the public, and the trade into believing that Defendants' services originate from, are associated with, or are otherwise authorized by Plaintiff, in violation of 15 U.S.C. § 1114(a).

32.    As a result of Defendants' infringing activities, Plaintiff has suffered and/or is likely to suffer actual monetary damages, while Defendants have been and continue to be unjustly enriched.

33.    As a direct and proximate result of Defendants' infringing actions alleged herein, Defendants have caused substantial monetary loss and irreparable injury and damage to Plaintiff, its business, reputation, and valuable rights in an amount as yet unknown, but to be determined at trial, and for which Plaintiff has no adequate remedy at law, and unless immediately enjoined, Defendants will continue to cause such substantial and irreparable injury, loss, and damage to Plaintiff and its valuable Marks.

34.    Defendants' infringement of Plaintiff's Mark has been and remains intentional and knowing, entitling Plaintiff to treble the actual damages and an award of attorneys' fees under 35 U.S.C. § 1117.

35.    Each and every separate act of federal trademark infringement by Defendants constitutes a separate claim herewith.

## COUNT II

**Unfair Competition under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) –  Trademark**

36.    Defendants have used and continues to use the  trademark in connection with advertisement, promotion, and/or sale of infringing and similar and related services without authorization or license to do so.

37.    Defendants' unauthorized use of the  trademark in interstate commerce wrongly and falsely designates, describes, or represents Defendants' services, and is likely to cause confusion, mistake, and deception as to the affiliation, connection, or association of Defendants' services with Plaintiff, or as to the sponsorship or approval of this product by Plaintiff.

38.     Defendants' actions therefore violate Plaintiff's rights in its distinctive E trademark in violation of 15 U.S.C. § 1125(a).

39.     Defendants' conduct with respect to Plaintiff's E trademark has caused and, unless enjoined by this Court, will continue to cause serious and irreparable harm, while unjustly enriching Defendants, for which there is no adequate remedy at law.

### COUNT III

**Common Law Unfair Competition/Trademark Infringement (Cal Bus. & Prof. Code § 17200) – G trademark**

40.     Defendants' unauthorized use of the G trademark constitutes common law unfair competition and trademark infringement because such use is likely to cause confusion, mistake, or deception as to the source, sponsorship, or approval by Plaintiff of Defendants' solar services. Consumers are, for example, likely to believe that Defendants' solar services originate with Plaintiff, are licensed by Plaintiff, and/or are sponsored by, connected with, or related to Plaintiff.

41.     Defendants' infringing activity constitutes unfair competition and trademark infringement in violation of the common law of the State of California. Defendants' actions with respect to Plaintiff's Mark have caused and will continue to cause serious and irreparable injury to Plaintiff, unless enjoined by this Court, including within this State, for which it has no adequate remedy at law.

### COUNT IV

**Trademark Infringement under California Trademark Law (Cal. Bus. & Prof. Code §§ 14200 *et seq*.) – G trademark**

42.     Plaintiff's Mark is distinctive and has been since prior to Defendants' unauthorized use of Defendants' G trademark.

43.     Plaintiff's Mark has powerful consumer associations such that even non-competing uses can impair their value.

44.     Defendants' infringing activities have diluted the distinctive quality of the Plaintiff's Mark in violation of California trademark law under Cal. Bus. & Prof. Code §§ 14200 *et seq.*

45.     Defendants willfully intended to trade on Plaintiff's reputation or cause dilution of Plaintiff's Mark, entitling Plaintiff to damages, extraordinary damages, fees and costs as set forth in Cal. Bus. & Prof. Code § 14250, pursuant to § 14245.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks that this Court grant judgment against Defendants for the following:

A.     Issue a permanent injunction against Defendants' preventing the use of  trademark.

B.     A judgment that Defendants' use of the  trademark is likely to confuse consumers and is therefore in violation of 15 U.S.C. §§ 1051 *et seq.*;

C.     A judgment that Defendants' use of the  trademark is unfairly competing against Plaintiff and Plaintiff's use of Plaintiff's Mark and is therefore in violation of 15 U.S.C. § 1125(a);

D.     A judgment that Defendants' use of the  trademark is unfairly competing against Plaintiff and Plaintiff's use of Plaintiff's Mark and is therefore in violation of Cal Bus. & Prof. Code § 17200;

E.   A judgment that Defendants' use of the ⟳ trademark is likely to confuse consumers and is therefore in violation of Cal. Bus. & Prof. Code §§ 14200 et seq.;

F.   Entry of an Order enjoining Defendants from further use of Plaintiff's Mark;

G.   Entry of a judgment against Defendants for monetary damages to be proven at trial, including but not limited to statutory damages including damages for willful infringement and/or all amounts necessary to compensate Plaintiff for Defendants' wrongful use of the infringing trademark;

H.   Plaintiff to recover its attorneys' fees and costs; and

I.   Granting Plaintiff such other and further relief as the Court deems just and proper.


Dated: August 21, 2024          By: /s/ Rexford Brabson
                                     Rexford Brabson, Esq.,
                                     CA SBN 299802
                                     rex@t-rexlaw.com


                                By: /s/ David Stewart
                                     David Stewart, Esq.,
                                     CA SBN 353448
                                     David@t-rexlaw.com

                                     Attorneys for Plaintiff
                                     Powerevolution, Inc.

                                     T-Rex Law, P.C.
                                     7040 Avenida Encinas #104-333
                                     Carlsbad, CA 92011
                                     Telephone: (858) 220-2325

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues triable to a jury.


Dated: August 21, 2024                    By: /s/ Rexford Brabson
                                              Rexford Brabson, Esq.,
                                              CA SBN 299802
                                              rex@t-rexlaw.com


                                          By: /s/ David Stewart
                                              David Stewart, Esq.,
                                              CA SBN 353448
                                              David@t-rexlaw.com

                                          Attorneys for Plaintiff
                                          Powerevolution, Inc.

                                          T-Rex Law, P.C.
                                          7040 Avenida Encinas #104-333
                                          Carlsbad, CA 92011
                                          Telephone: (858) 220-2325

# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2024-07-17 15:14:57 EDT

**Mark:** E



**US Serial Number:** 90130547

**Application Filing Date:** Aug. 21, 2020

**US Registration Number:** 6616428

**Registration Date:** Jan. 11, 2022

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 11, 2022

**Publication Date:** Feb. 09, 2021 **Notice of Allowance Date:** Apr. 06, 2021

## Mark Information

**Mark Literal Elements:** E

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of a stylized power button symbol rotated 90 degrees clockwise in order to represent the lowercase letter "E". The design has a jagged outline giving the "E" an electrified effect

**Color Drawing:** Yes

**Disclaimer:** "E"

**Design Search Code(s):** 24.19.01 - Power button on/off symbol; Reboot power symbol; Reset power symbol; Standby power symbol
26.01.02 - Circles, plain single line; Plain single line circles
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal
27.03.01 - Geometric figures forming letters, numerals or punctuation

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Promoting the goods and services of others, namely, promoting solar systems and solar panels, not intended to be used in association with cars or vehicles; Online retail store services featuring the goods and services of others, namely, solar systems and solar panels, not intended to be used in association with cars or vehicles; and providing related promotional consultation regarding all of the foregoing

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

First Use: Feb. 07, 2021          Use in Commerce: Feb. 07, 2021

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

Owner Name: Erez Shifferman

Owner Address: 273 Thompson Ave
Chatsworth, CALIFORNIA UNITED STATES 91311

Legal Entity Type: INDIVIDUAL          Citizenship: UNITED STATES

## Attorney/Correspondence Information

### Attorney of Record

Attorney Name: Rexford Brabson

Attorney Primary Email Address: rex@t-rexlaw.com          Attorney Email Authorized: Yes

### Correspondent

Correspondent Name/Address: Rexford Brabson
T-REX LAW, P.C.
7040 AVENIDA ENCINAS #104-333
CARLSBAD, CALIFORNIA UNITED STATES 92011

Phone: 858-220-1166

Correspondent e-mail: rex@t-rexlaw.com sasha@t-rexlaw.com          Correspondent e-mail Authorized: Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 10, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 10, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 10, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 11, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 07, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 04, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 13, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 13, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 13, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 21, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 06, 2021 | USE AMENDMENT FILED | |
| Oct. 21, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Oct. 06, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 06, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 09, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 09, 2021 | PUBLISHED FOR OPPOSITION | |
| Jan. 20, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 05, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 05, 2021 | EXAMINER'S AMENDMENT ENTERED | |
| Jan. 05, 2021 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |

| | |
|---|---|
| Jan. 05, 2021 | EXAMINERS AMENDMENT E-MAILED |
| Jan. 05, 2021 | EXAMINERS AMENDMENT -WRITTEN |
| Dec. 31, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Dec. 31, 2020 | NON-FINAL ACTION E-MAILED |
| Dec. 31, 2020 | NON-FINAL ACTION WRITTEN |
| Dec. 17, 2020 | ASSIGNED TO EXAMINER |
| Nov. 22, 2020 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED |
| Nov. 22, 2020 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Sep. 26, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Sep. 25, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 25, 2020 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION          **Date in Location:**  Dec. 04, 2021

# EXHIBIT B

**Generated on:** This page was generated by TSDR on 2024-07-17 15:15:27 EDT

**Mark:** E POWEREVOLUTION GREEN ENERGY SYSTEMS



| | | | |
|---|---|---|---|
| **US Serial Number:** | 90130566 | **Application Filing Date:** | Aug. 21, 2020 |
| **US Registration Number:** | 6616429 | **Registration Date:** | Jan. 11, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 11, 2022

**Publication Date:** Feb. 09, 2021 **Notice of Allowance Date:** Apr. 06, 2021

---

# Mark Information

**Mark Literal Elements:** E POWEREVOLUTION GREEN ENERGY SYSTEMS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized terms "POWEREVOLUTION". An extension cord with plug runs through the top portion of the letters "POW" of "POWER." A stylized leaf design extends from the upper left corner and above the "E" in POWER. The stylized terms "GREEN ENERGY SYSTEMS" appear below the "VOLUTION" portion of "EVOLUTION". Centered above the "EREVOLU" portion of "POWEREVOLUTION" is a design consisting of a stylized power button symbol rotated 90 degrees clockwise in order to represent the lowercase letter "E". The design has a jagged outline giving the "E" an electrified effect. Centered below the "E" is the stylized term "POWEREVOLUTION".

**Color Drawing:** Yes

**Disclaimer:** "E" AND "GREEN ENERGY SYSTEMS"

**Design Search Code(s):** 05.03.25 - Leaf, single; Other leaves
14.01.03 - Cables, electrical, With electric plugs; Cords, electrical (with plugs); Electrical wire/cables, With plug; Plugs, electrical
15.09.03 - Light switches; Outlets, electrical; Ports for electronic equipment; Power outlets and sockets; Power strips and surge protectors; Switches, electrical
24.19.01 - Power button on/off symbol; Reboot power symbol; Reset power symbol; Standby power symbol
26.01.02 - Circles, plain single line; Plain single line circles
26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s)
26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal
27.03.05 - Objects forming letters or numerals

---

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Promoting the goods and services of others, namely, promoting solar systems and solar panels, not intended to be used in association with cars or vehicles; Online retail store services featuring the goods and services of others, namely, solar systems and solar panels, not intended to be used in association with cars or vehicles; and providing related promotional consultation regarding all of the foregoing

**International Class(es):** 035 - Primary Class     **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Feb. 07, 2021                    **Use in Commerce:** Feb. 07, 2021

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Erez Shifferman

**Owner Address:** 273 Thompson Ave
Chatsworth, CALIFORNIA UNITED STATES 91311

**Legal Entity Type:** INDIVIDUAL                    **Citizenship:** UNITED STATES

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Rexford Brabson

**Attorney Primary Email Address:** rex@t-rexlaw.com                    **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Rexford Brabson
T-REX LAW, P.C.
7040 AVENIDA ENCINAS #104-333
CARLSBAD, CALIFORNIA UNITED STATES 92011

**Phone:** 858-220-1166

**Correspondent e-mail:** rex@t-rexlaw.com sasha@t-rexlaw.com                    **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 10, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 10, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 10, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 11, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 07, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 04, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 13, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 13, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 13, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 21, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 06, 2021 | USE AMENDMENT FILED | |
| Oct. 21, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Oct. 06, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 06, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 09, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 09, 2021 | PUBLISHED FOR OPPOSITION | |
| Jan. 20, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 05, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |

| | |
|---|---|
| Jan. 05, 2021 | EXAMINER'S AMENDMENT ENTERED |
| Jan. 05, 2021 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Jan. 05, 2021 | EXAMINERS AMENDMENT E-MAILED |
| Jan. 05, 2021 | EXAMINERS AMENDMENT -WRITTEN |
| Dec. 17, 2020 | ASSIGNED TO EXAMINER |
| Nov. 22, 2020 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED |
| Nov. 22, 2020 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Sep. 25, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Sep. 24, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 25, 2020 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION        **Date in Location:** Dec. 04, 2021

# EXHIBIT C

**Generated on:** This page was generated by TSDR on 2024-07-17 15:21:32 EDT

**Mark:** POWEREVOLUTION GREEN ENERGY SYSTEMS

**US Serial Number:** 90130589

**US Registration Number:** 6616430

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Application Filing Date:** Aug. 21, 2020

**Registration Date:** Jan. 11, 2022

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jan. 11, 2022

**Publication Date:** Feb. 09, 2021 **Notice of Allowance Date:** Apr. 06, 2021

# Mark Information

**Mark Literal Elements:** POWEREVOLUTION GREEN ENERGY SYSTEMS

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of the stylized term "POWEREVOLUTION". An extension cord with plug runs through the top portion of the letters "POW" of "POWER." A stylized leaf design extends from the upper left corner and above the "E" in POWER. The "E" in "EVOLUTION" has a jagged outline, giving it an electrified effect. The stylized terms "GREEN ENERGY SYSTEMS" appear below the "VOLUTION" portion of "EVOLUTION".

**Color Drawing:** Yes

**Disclaimer:** "E" AND "GREEN ENERGY SYSTEMS"

**Design Search Code(s):** 05.03.25 - Leaf, single; Other leaves
14.01.03 - Cables, electrical, With electric plugs; Cords, electrical (with plugs); Electrical wire/cables, With plug; Plugs, electrical

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Promoting the goods and services of others, namely, promoting solar systems and solar panels, not intended to be used in association with cars or vehicles; Online retail store services featuring the goods and services of others, namely, solar systems and solar panels, not intended to be used in association with cars or vehicles; and providing related promotional consultation regarding all of the foregoing

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Feb. 07, 2021

**Use in Commerce:** Feb. 07, 2021

# Basis Information (Case Level)

**Filed Use:** No

**Currently Use:** Yes

|  |  |  |  |
|---|---|---|---|
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Erez Shifferman |
| **Owner Address:** | 273 Thompson Ave<br>Chatsworth, CALIFORNIA UNITED STATES 91311 |
| **Legal Entity Type:** INDIVIDUAL | **Citizenship:** UNITED STATES |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Rexford Brabson | | |
| **Attorney Primary Email Address:** | rex@t-rexlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Rexford Brabson<br>T-REX LAW, P.C.<br>7040 AVENIDA ENCINAS #104-333<br>CARLSBAD, CALIFORNIA UNITED STATES 92011 |
| **Phone:** | 858-220-1166 |
| **Correspondent e-mail:** | rex@t-rexlaw.com sasha@t-rexlaw.com | **Correspondent e-mail Authorized:** Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 10, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 10, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 10, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 11, 2022 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 07, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Dec. 04, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 13, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 13, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Nov. 13, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 21, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Oct. 06, 2021 | USE AMENDMENT FILED | |
| Oct. 21, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Oct. 06, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Apr. 06, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Feb. 09, 2021 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 09, 2021 | PUBLISHED FOR OPPOSITION | |
| Jan. 20, 2021 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jan. 05, 2021 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 05, 2021 | EXAMINER'S AMENDMENT ENTERED | |
| Jan. 05, 2021 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Jan. 05, 2021 | EXAMINERS AMENDMENT E-MAILED | |
| Jan. 05, 2021 | EXAMINERS AMENDMENT -WRITTEN | |
| Dec. 17, 2020 | ASSIGNED TO EXAMINER | |
| Nov. 22, 2020 | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | |

| Nov. 22, 2020 | TEAS VOLUNTARY AMENDMENT RECEIVED |
| Sep. 25, 2020 | NOTICE OF DESIGN SEARCH CODE E-MAILED |
| Sep. 24, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 25, 2020 | NEW APPLICATION ENTERED |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION        **Date in Location:** Dec. 04, 2021